Criminal Std (6/13/2012)

HONORABLE: **T. O. Farrish**
DEPUTY CLERK **R. K. Wood**   RPTR/ECRO/TAPE **M. Cianciullo**
USPO **J. Murray, G. Campos, A. Mahar**   INTERPRETER

TOTAL TIME: ___ hours **29** minutes
DATE: **Nov 20, 2020**   START TIME: **1:11 p.m.**   END TIME: **1:40 p.m.**

## COURTROOM MINUTES

- [x] IA-INITIAL APPEAR **9**
- [x] BOND HRG **13m**
- [ ] CHANGE OF PLEA
- [ ] IN CAMERA HRG
- [ ] IA- RULE 5
- [ ] DETENTION HRG
- [ ] WAIVER/PLEA HRG
- [ ] COMPETENCY HRG
- [x] ARRAIGNMENT **7m**
- [ ] PROBABLE CAUSE
- [ ] EXTRADITION HRG
- [ ] FORFEITURE
- [ ] CONFLICT HRG
- [ ] EVIDENTIARY HRG
- [ ] STATUS CONF
- [ ] MOTION HRG

CRIMINAL NO. **3:20CR226 (RNC)**   DEFT # **1**

**UNITED STATES OF AMERICA**
vs
**NATHANIEL BONILLA**

**H. Chen**
AUSA

**M. Buckley**
Counsel for Defendant Ret [ ] CJA [ ] PDA [x]

---

- [ ] ....... Deft failed to appear. Oral Motion for issuance of Warrant [ ] granted [ ] denied [ ] Bond FORFEITED
- [ ] ...... Arrest Date (CT Case): ___ [ ] Case unsealed or [ ] Rule 5 arrest, ___ Dist of ___
- [ ] ...... CJA 23 Financial Affidavit filed [ ] under seal
- [ ] ...... Order Appointing Federal Public Defender's Office filed
- [x] ...... Court appoints Attorney **M. Buckley** to represent defendant for [x] this proceeding only [ ] all proceedings
- [ ] ...... Appearance of ___ filed
- [ ] ...... [ ] Complaint filed [ ] Sealed Complaint filed [ ] Affidavit of ___ filed
- [ ] ...... [ ] Information/Misdemeanor filed [ ] Sealed Information filed
- [ ] ...... [ ] Waiver of Indictment (case opening) filed [ ] Felony Information filed
- [ ] ...... [ ] Waiver of Indictment (mid case) filed [ ] Superseding Information filed
- [ ] ...... Plea Agreement Ltr filed [ ] under seal [ ] to be e-filed
- [x] ...... Plea of [x] not guilty [ ] guilty [ ] nolo contendere to count(s) **1,2,3** of the **indictment**
- [ ] ...... Petition to Enter Guilty Plea filed                                  (indict, superseding indict, info)
- [ ] ...... Defendant motions due ___ ; Government responses due ___
- [ ] ...... Scheduling Order [ ] filed [ ] to be filed [ ] Sentencing Scheduling Order
- [ ] ....... Hearing on Pending Motions scheduled for ___ at ___
- [x] ...... Jury Selection set for **01-12-2021** at **9:00 a.m.**
- [ ] ...... Remaining Count(s) to be dismissed at sentencing
- [ ] ...... Sentencing set for ___ at ___ [ ] Probation 246B Order for PSI & Report
- [ ] ...... Special Assessment of $___ on count(s) ___. Total $___ [ ] Due immediately [ ] Pay at sentencing
- [ ] ...... Govt's Motion for Pretrial Detention filed [ ] GRANTED [ ] DENIED [ ] ADVISEMENT
- [ ] ...... Govt's ORAL Motion for Pretrial Detention [ ] GRANTED [ ] DENIED [ ] ADVISEMENT
- [ ] ...... Order of Detention filed
- [ ] ...... Deft ordered removed/committed to originating /another District of ___
- [ ] ...... No bond set at this time, Order of Temporary Detention Pending Hearing [ ] filed [ ] to be filed
- [ ] ...... Waiver of Rule 5 Hearing filed
- [ ] ...... Govt's Motion for waiver of 10-day notice [ ] GRANTED [ ] DENIED [ ] ADVISEMENT
- [x] ...... Bond [x] set at $ **50,000.00** [ ] reduced to $___ [x] Non-surety [ ] Surety [ ] Personal Recognizance
- [ ] ...... Bond [ ] revoked [ ] reinstated [ ] continued [ ] modified
- [ ] ...... Defendant detained
- [ ] ...... ___ Hearing [ ] waived [ ] set for ___ [ ] continued until ___
- [ ] ...... Set Attorney Flag and notify Federal Grievance Clerk

[x] SEE page II for [x] conditions of bond [x] additional proceedings

## CONDITIONS OF BOND

☐ ….. Travel restricted to Connecticut of extended to _____
upon obtaining permission from USPO.  A motion for any other travel with copies to the Govt and to USPO must be filed and approved by the Court.

☐ ….. Deft must reside at _____

☐ ….. Deft must report to USPO _____ times a ☐ week ☐ month ☐ by telephone ☐ in person ☐ at USPO discretion.

☐ ….. Deft ☐ must surrender passport by 4:00 p.m. on _____ ; ☐ Must not apply for a passport.

☐ ……Deft must refrain from the possession of firearms or dangerous weapons.

☐ ….. Deft must maintain employment or actively seek employment.

☐ ….. Deft must refrain from use or unlawful possession, or distribution of a narcotic drug.

☒ ….. as set forth in the Order Setting Conditions of Release

☐ ……. _____

## ADDITIONAL PROCEEDINGS

☐ ….. Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….. Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….. Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….. Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….. Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….. Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….. Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….. Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….. #\_\_\_\_ Deft _____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….. #\_\_\_\_ Deft _____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….. #\_\_\_\_ Govt Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….. #\_\_\_\_ Govt Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….. _____ ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ….. _____ ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ….. _____ ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ….. _____ ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ….. _____ ☐ filed ☐ granted ☐ denied ☐ advisement

Notes:
The hearing was held via zoom video conference.
Judge Farrish advised the deft of his rights.
The deft has 3 weeks to file the financial affidavit.