Criminal Std (8/10/2021)

HONORABLE: S. Dave Vatti   DEPUTYCLERK Tiffany Nuzzi   RPTR/ECRO/FTR T. Fidanza
USPO _____   INTERPRETER _____   LANGUAGE _____
DATE: 11/1/2021   START TIME: 1:18 pm   END TIME: 2:07 pm
TOTAL TIME: ___ hours   49 minutes

## COURTROOM MINUTES

☐ IA-INITIAL APPEAR   ☐ BOND HRG   ☑ CHANGE OF PLEA   ☐ IN CAMERA HRG
☐ IA- RULE 5   ☐ DETENTION HRG   ☐ WAIVER/ PLEA HRG   ☐ COMPETENCY HRG
☐ ARRAIGNMENT   ☐ PROBABLE CAUSE   ☐ EXTRADITION HRG   ☐ FORFEITURE
☐ CONFLICT HRG   ☐ EVIDENTIARY HRG   ☐ STATUS CONF   ☐ MOTION HRG

CRIMINAL NO. 3:20cr226 RNC   DEFT # ___   Hal Chen
USA

**UNITED STATES OF AMERICA**
vs
**Nathaniel Bonilla**

Moira Buckley
Counsel for Defendant Ret ☐   CJA ☐   PDA ☑

☐ Deft failed to appear. Oral Motion for issuance of Warrant ☐granted ☐denied ☐Bond FORFEITED
☐ ☐Arrest/Self-Surrender ☐Case unsealed or ☐Rule 5 arrest, ___ Dist of ___
☐ CJA 23 Financial Affidavit filed ☐under seal
☐ Order Appointing Federal Public Defender's Office filed
☐ Court appoints Attorney ___ to represent defendant for ☐this proceeding only ☐all proceedings
☐ Appearance of ___ filed
☐ ☐Complaint filed ☐Sealed Complaint filed ☐Affidavit filed
☐ ☐Information/Misdemeanor filed ☐Sealed Information filed
☐ ☐Waiver of Indictment (case opening) filed ☐Felony Information filed
☐ ☐Waiver of Indictment (mid case) filed ☐Superseding Information filed
☐ Oral Brady order entered and paper order to issue
☑ Plea Agreement Ltr filed ☐under seal ☑to be e-filed
☑ Plea of ☐not guilty ☑guilty ☐nolo contendere to count(s) 1 of the indictment
☑ Petition to Enter Guilty Plea filed
☐ Defendant motions due ___ ; Government responses due ___
☐ Scheduling Order ☐filed ☐to be filed ☐Sentencing Scheduling Order
☐ Hearing on Pending Motions scheduled for ___ at ___
☐ Jury Selection set for ___ at ___
☑ Remaining Count(s) to be dismissed at sentencing
☑ Sentencing set for 2/10/2022 at 10:00 am ☑Probation 246B Order for PSI & Report
☐ Special Assessment of $___ on count(s)___. Total $___ ☐Due immediately ☐Pay at sentencing
☐ Govt's Motion for Pretrial Detention filed ☐GRANTED ☐DENIED ☐ADVISEMENT
☐ Govt's ORAL Motion for Pretrial Detention ☐GRANTED ☐DENIED ☐ADVISEMENT
☐ Order of Detention filed
☐ Deft ordered removed/ committed to originating / another District of ___
☐ No bond set at this time, Order of Temporary Detention Pending Hearing ☐filed ☐to be filed
☐ Waiver of Rule 5 Hearing filed
☐ Govt's Motion for waiver of 10-day notice ☐GRANTED ☐DENIED ☐ADVISEMENT
☐ Bond ☐set at $___ ☐reduced to $___ ☐Non-surety ☐Surety ☐Personal Recognizance
☑ Bond ☐revoked ☐reinstated ☑continued ☐modified
☐ Defendant detained
☐ ___ Hearing ☐waived ☐set for ___ ☐continued until ___
☐ Set Attorney Flag and notify Federal Grievance Clerk

☐ SEE page II for ☐ conditions of bond ☐ additional proceedings

**CONDITIONS OF BOND**

- ☐ Travel restricted to Connecticut extended to _____
  upon obtaining permission from USPO. A motion for any other travel with copies to the Govt and to USPO must be filed and approved by the Court.
- ☐ Deft must reside at _____
- ☐ Deft must report to USPO _____ times a ☐ week ☐ month ☐ by telephone ☐ in person ☐ at USPO discretion.
- ☐ Deft ☐ must surrender passport to USPO on _____; ☐ Must not apply for a passport.
- ☐ Deft must refrain from the possession of firearms or dangerous weapons.
- ☐ Deft must maintain employment or actively seek employment.
- ☐ Deft must refrain from use or unlawful possession, or distribution of a narcotic drug.
- ☐ as set forth in the Order Setting Conditions of Release
- ☐ _____

**ADDITIONAL PROCEEDINGS**

| | | granted | denied | advisement |
|---|---|---|---|---|
| ☐ | Deft's oral motion _____ | ☐ | ☐ | ☐ |
| ☐ | Deft's oral motion _____ | ☐ | ☐ | ☐ |
| ☐ | Deft's oral motion _____ | ☐ | ☐ | ☐ |
| ☐ | Deft's oral motion _____ | ☐ | ☐ | ☐ |
| ☐ | Govt's oral motion _____ | ☐ | ☐ | ☐ |
| ☐ | Govt's oral motion _____ | ☐ | ☐ | ☐ |
| ☐ | Govt's oral motion _____ | ☐ | ☐ | ☐ |
| ☐ | Govt's oral motion _____ | ☐ | ☐ | ☐ |
| ☐ | # ___ Deft ___ Motion ___ | ☐ | ☐ | ☐ |
| ☐ | # ___ Deft ___ Motion ___ | ☐ | ☐ | ☐ |
| ☐ | # ___ Govt Motion ___ | ☐ | ☐ | ☐ |
| ☐ | # ___ Govt Motion ___ | ☐ | ☐ | ☐ |
| ☐ | _____ ☐ filed | ☐ | ☐ | ☐ |
| ☐ | _____ ☐ filed | ☐ | ☐ | ☐ |
| ☐ | _____ ☐ filed | ☐ | ☐ | ☐ |
| ☐ | _____ ☐ filed | ☐ | ☐ | ☐ |
| ☐ | _____ ☐ filed | ☐ | ☐ | ☐ |

Notes: