UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT** |
| V. | CASE NO. 3:20-CR-226-RNC |
| | USM: 18387-509 |
| NATHANIEL BONILLA | |
| | Government's Counsel: |
| | Harold H. Chen |
| | United States Attorney's Office |
| | 1000 Lafayette Blvd., 10th Floor |
| | Bridgeport, CT 06604 |
| | |
| | Defendant's Counsel: |
| | Moira L. Buckley |
| | Federal Public Defender's Office |
| | 10 Columbus Blvd., 6th Floor |
| | Hartford, CT 06106-1976 |

The defendant pleaded guilty to Count One of the Indictment. Accordingly, the defendant is adjudicated guilty of the following offense:

| **Title & Section** | **Nature of Offense** | **Offense Concluded** | **Count** |
|---|---|---|---|
| 18 U.S.C. §§ 1709 | Theft of Mail by Postal Employee | October 16, 2020 | One |

**PROBATION**

The defendant is hereby sentenced to a term of probation of 2 years, subject to the mandatory and standard conditions set forth below. In addition, the following special conditions are imposed:

1. The defendant will complete 50 hours of community service under the direction of the Probation Office.

2. The defendant will participate in a program of mental health evaluation, counseling and treatment as recommended by the Probation Office and approved by the Court. The defendant will pay all or part of the costs of this treatment based on his ability to pay as recommended by the Probation Office and approved by the Court.

3. The defendant will participate in a program of substance abuse monitoring, counseling and treatment under the direction of the Probation Office. The defendant must follow the rules and regulations of the program. The Probation Office will supervise the defendant's participation in the program. The defendant will pay all or part of the costs of this treatment based on his ability to pay in an amount recommended by the Probation Office and approved by the Court.

4. The defendant, unless he is employed full-time, will participate in educational and vocational training programs under the direction of the Probation Office and follow any applicable rules and regulations.

**RESTITUTION**

The defendant will pay restitution in the total amount of $2,915. An order listing the names of the persons to whom restitution is owed, and the amount owed to each, will be entered by the Court. The defendant will pay the restitution imposed by this judgment in a lump sum immediately. If he is unable to pay the full balance in a lump sum, any remaining balance will be paid at a rate of not less than $100 per month or 10% of his gross monthly income, whichever is greater. The monthly payment schedule may be adjusted based on his ability to pay as determined by the Probation Office and approved by the Court.

**MONETARY PENALTIES**

The defendant will pay a special assessment of $100.

Counts 2-3 of the Indictment are dismissed.

It is further ordered that the defendant will notify the United States Attorney for this District within 30 days of any change of name, residence or mailing address until the restitution and special assessment imposed by this judgment are paid.

**DATE: May 12, 2022**
Date of Imposition of Sentence

**/s/ Judge Robert N. Chatigny**
Robert N. Chatigny, U.S. District Judge
Date: May 13, 2022

# CONDITIONS OF PROBATION

**In addition to the Standard Conditions listed below, the following indicated (■) Mandatory Conditions are imposed:**

## MANDATORY CONDITIONS

(1) You must not commit another federal, state or local crime.

(2) You must not unlawfully possess a controlled substance.

(3) You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*

(4) ■ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*

(5) ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq*.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*

(6) ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

(7) ■ You must make restitution in accordance with 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663, 3663A, and 3664. *(check if applicable)*

(8) You must pay the assessment imposed in accordance with 18 U.S.C. § 3013.

(9) If this judgment imposes a fine, you must pay in accordance with the Schedule of Payments sheet of this judgment.

(10) You must notify the court of any material change in your economic circumstances that might affect your ability to pay restitution, fines, or special assessments.

## STANDARD CONDITIONS

As part of your probation, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

(1) You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.

(2) After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

(3) You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.

(4) You must answer truthfully the questions asked by your probation officer.

(5) You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

(6) You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.

(7) You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

(8) You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

(9) If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.

(10) You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

(11) You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.

(12) You must follow the instructions of the probation officer related to the conditions of supervision.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

(Signed) _____    _____
                Defendant                                                   Date

_____    _____
U.S. Probation Officer/Designated Witness                                  Date

CERTIFIED AS A TRUE COPY ON THIS DATE: _____
By: _____
      Deputy Clerk

Judgment received by U.S. Marshal at _____ on _____.

Lawrence Bobnick
Acting United States Marshal

By   _____
                Deputy Marshal